E-FILED
Friday, 28 December, 2018  01:21:38 PM
Clerk, U.S. District Court, ILCD

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

Vernon Lee,

        Plaintiff

vs.

Rock Island County Jail
Warden
John Doe Sheriff
Jane Doe Nurse

        Defendant(s)

Case No. 18-4234
*(The case number will be assigned by the clerk)*

FILED
DEC 28 2018
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

[X] 42 U.S.C. §1983 (state, county or municipal defendants)

[X] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

[ ] Other federal law: _____

[ ] Unknown _____

---

**Please refer to the instructions when filling out this complaint.* Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

## NOTICE FOR ALL PARTIES FILING DOCUMENTS CONCERNING PRIVACY ISSUES

This court now makes documents available electronically through the Court's Case Management Electronic Case Filing System (CMECF). Documents filed by Pro Se parties will be electronically scanned and uploaded into CMECF. The content of these documents will also be made available on the Court's Internet webpage via PACER (Public Access to Court Electronic Records). Any subscriber to CMECF or PACER will be able to read, download, store, and print the full content of electronically filed documents. The clerk's office will not make electronically available documents that have been sealed or otherwise restricted by court order.

If sensitive information must be included, the following personal identifiers must be partially redacted, whether it is filed traditionally or electronically as follows:

(a) Social Security Numbers - Use only the last four digits.

(b) Minor's Names - Use the minor's initials.

(c) Date of Birth - Use only the year.

(d) Addresses - Use only City and State.

(e) Driver's License Number - Use only the last four digits.

(f) Financial Account Numbers - Identify the name or type of account and the financial institution where maintained, but use only the last four digits of the account number.

# I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Vernon Lee

Prison Identification Number: _____

Current address: 906 SW 3rd St
Aledo IL 61231

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Rock island county Jail/warden

Current Job Title: _____

Current Work Address _____

Defendant #2:

Full Name: John Doe (?)

Current Job Title: Sheriff

Current Work Address _____

Defendant #3:

Full Name: Jane Doe (?)

2

Current Job Title: _Nurse_

Current Work Address _____

_____

Defendant #4:

    Full Name: _____

    Current Job Title: _____

    Current Work Address _____

_____

Defendant #5:

    Full Name: _____

    Current Job Title: _____

    Current Work Address _____

_____

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the <u>same</u> facts involved in this case?    Yes ☐    No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐    No ☒

3

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

   1. Name of Case, Court and Docket Number
_____

   2. Basic claim made _____

   3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?  Yes ☐   No ☒

B. Have you filed a grievance concerning the facts relating to this complaint?

    Yes ☐   No ☐

If your answer is no, explain why not _____
_____

C. Is the grievance process completed?  Yes ☐   No ☐

No Administrative Remedies are avalible, and if they were arguendo, my transfer 6-days later to Knox county (for one week) before another transfer to Mercer county (present) rendered it unavalible/inaccesable.

4

# V. STATEMENT OF CLAIM

Place(s) of the occurrence <u>Rock Island County Jail, Rock Island Illinois</u>

Date(s) of the occurrence <u>On or about NOV-10-2018 through on or about NOV-20-2018</u>

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

1.) The above named defendants, under color of statute and ordinance and regulation and custom and policy, subjected and caused to be subjected, Vernon Lee (a pretrial detainee), to the deprivation of rights and privileges and immunities secured by the Constitution and laws, through actual and implied knowledge, and reckless and callous disregard to the rights and privileges and safety and health and immunities of plaintiff.

2.) I arrived at Rock Island County Jail with my life saving perscribed medication that prevents grandmaul seizures. After recieving my medication the first few days, my medication was then arbitrarily and deliberately witheld from me by staff including the nurse for two days.

3.) On the third day, I had a grandmaul seizure in my sleep which caused me to urinate and defecate myself; upon waking up and regaining conscieousness in great pain, I tried to alert the guards by activating the intercom, which the guards ignored for over 15 minutes. The staff did not do timely checks to verify my safety, despite knowledge of great risk of seizure. I was almost unable to activate the intercom button due to my weak and locked up leg.

5

4.) My seizure was serious enough to require hospitalization. At the hospital, the doctor warned the escourting sheriff that cycling my medication will cause seizures, and told him that the timing of my medication should be changed. The doctor gave written instructions of the same to the escourting Sheriff, who then delayed in transfering doctor's orders, which staff subsequently ignored.

5.) The two days following my return to the jail, I was again arbitrarily and deliberately and maliciously denied my medication, this time despite direct doctor's orders. Due to my persistence, I started reicieving my medication on the third day of my return, but not later in the day as the doctor instructed.

6.) At all times, the nurse, staff, and Rock Island County Jail were aware of the nature and severity of my condition and the dire consequences of me missing my medication.

7.) All defendants are sued in thier Official and Individual capacities, as direct inflictors of actual and constitutional injury and through the implied and express creation and execution and aquiesence of personal and municiple policies and customs and actions, as well as failure to trian, cantinue to train and hire adequately trained staff through and otherwise displaying malicious and sadistic and callous and reckless indifference and disregard to the plaintiff's rights and privileges and immunities and safety of the plaintiff through actual and implied knowledge.

6

## RELIEF REQUESTED

(State what relief you want from the court.)

- $2,000,000 in compensatory and punitive damages
- Costs of suit and any attorney fees
- All collateral costs and expenses
- Any other such relief that this court deems just and proper.

JURY DEMAND        Yes ☒        No ☐

Signed this __1st__ day of __January__, 20__19__.

_Vernon Lee_
(Signature of Plaintiff)

| Name of Plaintiff: Vernon Lee | Inmate Identification Number: |
|---|---|
| Address: 906 SW 3rd St, Aledo IL 61231 | Telephone Number: |

United States District Court for the
Central District of Illinois, RI Division

County of: Mercer | S.S.

## Affidavit

I, Vernon Lee, declare the following to be true under penalty of perjury.

1. I do not have a working understanding of elements of a cause of action.

2. I do not understand the concept of burdens, their placement, or which ones apply to this cause of action.

3. I do not know the elements of this civil action.

4. I have never filed suit before in state or federal court.

5. Without an attorney, this civil action will fail.

6. I do not know what a certificate of service is, nor when one is required.

7. I do not know how to draft the header for, or caption ~~an appeal~~ motion.

8. I will lose access to all legal help in approximately 1 month due to a transfer, and will not have access to any more assistance.

9. This Affidavit and accompanying complaint were drafted with substantial assistance of a jailhouse lawyer.

Executed on: 1/1/2019      /s/ Vernon Lee II



# Grand mal seizure

## Overview

A grand mal seizure causes a loss of consciousness and violent muscle contractions. It's the type of seizure most people picture when they think about seizures.

A grand mal seizure — also known as a generalized tonic-clonic seizure — is caused by abnormal electrical activity throughout the brain. Usually, a grand mal seizure is caused by epilepsy. But sometimes, this type of seizure can be triggered by other health problems, such as extremely low blood sugar, a high fever or a stroke.

Many people who have a grand mal seizure never have another one and don't need treatment. But someone who has recurrent seizures may need treatment with daily anti-seizure medications to control and prevent future grand mal seizures.

## Symptoms

Grand mal seizures have two stages:

- **Tonic phase.** Loss of consciousness occurs, and the muscles suddenly contract and cause the person to fall down. This phase tends to last about 10 to 20 seconds.
- **Clonic phase.** The muscles go into rhythmic contractions, alternately flexing and relaxing. Convulsions usually last one to two minutes or less.

The following signs and symptoms occur in some but not all people with grand mal seizures:

- **A scream.** Some people may cry out at the beginning of a seizure.
- **Loss of bowel and bladder control.** This may happen during or following a seizure.
- **Unresponsiveness after convulsions.** Unconsciousness may persist for several minutes after the convulsion has ended.
- **Confusion.** A period of disorientation often follows a grand mal seizure. This is referred to as postictal confusion.

- **Fatigue.** Sleepiness is common after a grand mal seizure.
- **Severe headache.** Headaches may occur after a grand mal seizure.

## When to see a doctor

Seek immediate medical help if any of the following occurs:

- The seizure lasts more than five minutes
- Breathing or consciousness doesn't return after the seizure stops
- A second seizure follows immediately
- You have a high fever
- You're experiencing heat exhaustion.
- You're pregnant.
- You have diabetes.
- You've injured yourself during the seizure.

If you experience a seizure for the first time, seek medical advice.

Additionally, seek medical advice for yourself or your child:

- If the number of seizures experienced increases significantly without explanation
- If new seizure signs or symptoms appear

## Causes

Grand mal seizures occur when the electrical activity over the whole surface of the brain becomes abnormally synchronized. The brain's nerve cells normally communicate with each other by sending electrical and chemical signals across the synapses that connect the cells.

In people who have seizures, the brain's usual electrical activity is altered and many nerve cells fire at the same time. Exactly what causes the changes to occur often remains unknown.

However, grand mal seizures are sometimes caused by underlying health problems, such as:

### Injury or infection

- Traumatic head injuries
- Infections, such as encephalitis or meningitis, or a history of such infections
- Injury due to a previous lack of oxygen

- Stroke

### Congenital or developmental abnormalities

- Blood vessel malformations in the brain
- Genetic syndromes
- Brain tumors

### Metabolic disturbances

- Very low blood levels of glucose, sodium, calcium or magnesium

### Withdrawal syndromes

- Using or withdrawing from drugs, including alcohol

## Risk factors

Risk factors for grand mal seizures include:

- A family history of seizure disorders
- Any injury to the brain from trauma, a stroke, previous infection and other causes
- Sleep deprivation
- Medical problems that affect electrolyte balance
- Illicit drug use
- Heavy alcohol use

## Complications

Having a seizure at certain times can lead to circumstances that are dangerous for you or others. You might be at risk of:

- **Falling.** If you fall during a seizure, you can injure your head or break a bone.
- **Drowning.** If you have a seizure while swimming or bathing, you're at risk of accidental drowning.
- **Car accidents.** A seizure that causes either loss of awareness or control can be dangerous if you're driving a car or operating other equipment.
- **Pregnancy complications.** Seizures during pregnancy pose dangers to both mother and baby, and certain anti-epileptic medications increase the risk of birth defects. If you have epilepsy and plan to become pregnant, work with your doctor so that he or she can adjust your medications and monitor your pregnancy, as needed.

- **Emotional health issues.** People with seizures are more likely to have psychological problems, such as depression and anxiety. Problems may be a result of difficulties dealing with the condition itself as well as medication side effects.

By Mayo Clinic Staff

Any use of this site constitutes your agreement to the Terms and Conditions and Privacy Policy linked below.

Terms and Conditions
Privacy Policy
Notice of Privacy Practices
Notice of Nondiscrimination
Manage Cookies

Mayo Clinic is a nonprofit organization and proceeds from Web advertising help support our mission. Mayo Clinic does not endorse any of the third party products and services advertised.

Advertising and sponsorship policy
Advertising and sponsorship opportunities

A single copy of these materials may be reprinted for noncommercial personal use only. "Mayo," "Mayo Clinic," "MayoClinic.org," "Mayo Clinic Healthy Living," and the triple-shield Mayo Clinic logo are trademarks of Mayo Foundation for Medical Education and Research.

© 1998-2018 Mayo Foundation for Medical Education and Research (MFMER). All rights reserved.

Vernon Lee
906 SW 3rd St
Aledo, IL 61231

QUAD CITIES IL PDC 612
WED 25 DEC 2019 PM

District Clerk of Court
100 North East Monroe Street
Peoria, IL 61602